# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:11CV002-RLV-DSC

| | |
|---|---|
| HUGH ANDREW FIELDS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| GOLDEN RULE INSURANCE COMPANY, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

_____

## ORDER

Upon Motion of Plaintiff and with Defendant's consent, and for good cause shown, **IT IS HEREBY ORDERED** that the time for initiating the Initial Attorney's Conference is **STAYED** until the Amended Complaint and Answer to Amended Complaint have been filed.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: February 4, 2011

David S. Cayer
United States Magistrate Judge