IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV002-RLV-DSC

| | |
|---|---|
| HUGH ANDREW FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| GOLDEN RULE INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Upon Motion of Plaintiff, and for good cause shown, **IT IS HEREBY ORDERED** that Eleanor C. Fields, Executrix of the Estate of Plaintiff Hugh Andrew Fields, is **SUBSTITUTED** as Plaintiff in this action.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: April 26, 2011

David S. Cayer
United States Magistrate Judge