**FILED**
**CHARLOTTE, NC**

JAN 2 3 2012

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NC**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| ELEANOR C. FIELDS, as Executrix of the Estate of HUGH ANDREW FIELDS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:11-cv-00002-DSC |
| GOLDEN RULE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The parties having advised the court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED that the case is DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all costs are taxed against the party incurring same.

**SO ORDERED.**

SIGNED: _/—23-12._

_____
JUDGE PRESIDING

**AGREED:**

By: /s/ Mark A. Michael
Mark A. Michael
N.C. State Bar No. 6762
6000 Fairview Road, Suite 1000
Charlotte NC 28210
(704) 442-8004
(704) 366-6181 (FAX)
markmichael@bellsouth.net

ATTORNEY FOR PLAINTIFF


FIGARI & DAVENPORT, L.L.P.


By: /s/ Andrew G. Jubinsky
Andrew G. Jubinsky
Texas State Bar No. 11043000
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)
andy.jubinsky@figdav.com
*Admitted Proc Hac Vice*

MCGUIRE WOODS LLP

Kathleen H. Dooley
N.C. Bar No. 28889
David M. Chromy
N.C. Bar No. 31447
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202-4011
(704) 373-8999
(704) 373-8935 (FAX)
kdooley@mcguirewoods.com
dchromy@mcguirewoods.com

ATTORNEYS FOR DEFENDANT